WWR# 041226054

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 23-21455 |
| JENNIFER A COSTOLO-MICHAEL | CHAPTER 13 |
| | JUDGE GREGORY L TADDONIO |
| DEBTOR(S) | |

**NOTICE OF APPEARANCE**

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as counsel for creditor, FORD MOTOR CREDIT COMPANY LLC.

Please send all further communications, pleadings, court notices, and other documents intended for FORD MOTOR CREDIT COMPANY LLC to undersigned counsel.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ GARRY MASTERSON
GARRY MASTERSON
Attorney for Creditor
965 KEYNOTE CIRCLE
CLEVELAND, OH 44131
877-338-9484
pitecf@weltman.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 24th day of July, 2023 addressed to:

KENNETH STEIDL, Attorney for Debtor
JULIE.STEIDL@STEIDL-STEINBERG.COM

RONDA J. WINNECOUR, Trustee
600 GRANT ST STE 3250
PITTSBURGH, PA 15219-2719
inquiries@chapter13trusteewdpa.com

OFFICE OF THE UNITED STATES TRUSTEE ustpregion03.pi.ecf@usdoj.gov

JENNIFER A COSTOLO-MICHAEL
1024 N PINE RIDGE RD
LEMONT FURNACE, PA 15456-1276

        Respectfully submitted,
        Weltman, Weinberg & Reis Co. LPA

        /s/ GARRY MASTERSON
        GARRY MASTERSON
        Attorney for Creditor
        965 KEYNOTE CIRCLE
        CLEVELAND, OH 44131
        877-338-9484
        pitecf@weltman.com