IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 23-21455 GLT |
| George T. Michael, II ) | |
| Jennifer A. Costolo-Michael, ) | |
| *Debtors* ) | Chapter 13 |
| ) | Related to Document No. 34 |
| George T. Michael, II ) | |
| Jennifer A. Costolo-Michael, ) | |
| *Movant* ) | |
| ) | |
| vs. ) | |
| ) | |
| Barclays Bank Delaware, ) | |
| *Respondent* ) | |

### CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on September 22, 2023, I caused to be served a true and correct copy of the *Order of Court dated September 14, 2023*, postage prepaid, upon the following persons and parties:

**Service by Regular & Certified US Mail:**
Barclays Bank Delaware
125 South West Street
Wilmington, DE 19801

**Service by Regular US Mail:**
Michael F. Ratchford, Esq.
54 Glenmaura National Blvd, Suite 104
Moosic, PA 18507

George Michael & Jennifer Costolo-Michael
1024 North Pine Ridge Road
Lemont Furnace, PA 15456

**Service by ECF Mail**:
Ronda Winnecour, Trustee

Date of Service: September 22, 2023     /s/ Kenneth Steidl
                                                                                                    Kenneth Steidl, Esquire
                                                                                                    STEIDL & STEINBERG
                                                                                                     28th Floor-Gulf Tower
                                                                                                     707 Grant Street
                                                                                                     Pittsburgh, PA  15219
                                                                                                     (412) 391-8000
                                                                                                     PA I. D. No.  34965
                                                                                                     ken.steidl@steidl-steinberg.com