## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 23-21455 GLT |
| George T. Michael, II | ) | |
| Jennifer A. Costolo-Michael, | ) | |
| *Debtors* | ) | Chapter 13 |
| | ) | Related to Document No. 35 |
| George T. Michael, II | ) | |
| Jennifer A. Costolo-Michael, | ) | |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Discover Bank, | ) | |
| *Respondent* | ) | |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 22, 2023, I caused to be served a true and correct copy of the *Order of Court dated September 14, 2023*, postage prepaid, upon the following persons and parties:

**Service by Regular & Certified US Mail:**
Discover Bank
Attn: Roger C Hochschild, CEO
6500 New Albany Road
New Albany, OH 43054

**Service by Regular US Mail:**
Morris A. Scott, Esq.
Zwicker & Associates, PC
3220 Tillman Drive, Suite 215
Bensalem, PA 19020

George Michael & Jennifer Costolo-Michael
1024 North Pine Ridge Road
Lemont Furnace, PA 15456

**Service by CM/ECF Mail:**
Office of the US Trustee
Ronda Winnecour, Trustee

Date of Service: September 22, 2023

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
STEIDL & STEINBERG
28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No.  34965
ken.steidl@steidl-steinberg.com