IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-21455 GLT |
| | ) | Chapter 13 |
| George T. Michael, II | ) | |
| Jennifer A. Costolo-Michael, | ) | |
|     *Debtors* | ) | Docket No. |
| | ) | |
| George T. Michael, II | ) | |
| Jennifer A. Costolo-Michael, | ) | Related to Claim No. 20 & 21 |
|     *Movants* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Jefferson Capital Systems LLC, | ) | |
|     *Respondent* | ) | |

## AMENDED CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on September 22, 2023, a true and correct copy of the Notice of Hearing with Response date, *with a copy of the Omnibus Objection To Respondent's Claims 20 And 21 Under 42 PA. C.S. 5525(A) As More Than Four Years Have Passed Since Default* was served by the following methods, postage prepaid, upon the following persons and parties:

**Service by Regular US Mail:**
Jefferson Capital Systems, LLC
Attn: Rhonda Pratt, Bankruptcy Specialist
200 14th Avenue E
Sartell, MN 56377

Jefferson Capital Systems, LLC
PO Box 7999
St. Cloud, MN 56302-9617

George Michael & Jennifer Costolo-Michael
1024 North Pine Ridge Road
Lemont Furnace, PA 15456

**Service by CM/ECF Mail:**
Office of the US Trustee
Ronda Winnecour, Trustee

Date of Service: September 22, 2023        /s/ Kenneth Steidl
                                                        Kenneth Steidl, Esquire
                                                        Attorney for the Debtors
                                                        STEIDL & STEINBERG
                                                        Suite 2830, Gulf Tower
                                                        707 Grant Street
                                                        Pittsburgh, PA 15219
                                                        (412) 391-8000
                                                        ken.steidl@steidl-steinberg.com
                                                        PA I.D. No. 34965