FILED
2/7/24 12:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| George T. Michael, II ) | Case No. 23-21455 GLT |
| Jennifer A. Costolo-Michael, ) | |
| ) | Chapter 13 |
| Debtor(s). ) | |
| X | Related Dkt. No. 52 |

**AMENDED STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐   a motion to dismiss case or certificate of default requesting dismissal

☒   a plan modification sought by: _____

☐   a motion to lift stay
    as to creditor _____

☐   Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒   Chapter 13 Plan dated **July 3, 2023**
☐   Amended Chapter 13 Plan dated :

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒   Debtor(s) Plan payments shall be changed from **$2,208** to **$2,140** per month, effective **1/24** ; and/or the Plan term shall be changed from ___ months to ___ months.

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:
- **PNC CL #19 gov @ pif with payment tbd by Trustee**
- **Capital One CL #8 govern as to amt, pd @ 9.25%; w/ payment tbd by Trustee**
- **Ford CL #17 gov as to amt and interest, to be pif; w/ payment tbd by Trustee**
- **PNC CL #18 gov**
- **Unsecured pool remains at $4,500.00**

  **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a de novo hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

  **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this  7th  day of     February    , 2024

_____
United States Bankruptcy Judge

Stipulated by:                                    Stipulated by:

/s/ Kenneth Steidl                                /s/ James Warmbrodt
Counsel to Debtor                                 Counsel to Chapter 13 Trustee


Stipulated by:


_____
Counsel to affected creditor


cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 23-21455-GLT
George T. Michael, II  Chapter 13
Jennifer A. Costolo-Michael
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 5
Date Rcvd: Feb 07, 2024    Form ID: pdf900    Total Noticed: 69

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George T. Michael, II, Jennifer A. Costolo-Michael, 1024 North Pine Ridge Road, Lemont Furnace, PA 15456-1276 |
| 15617398 | + | Demetrios Tsarouhis, 21 South 9th Street, Allentown, PA 18102-4861 |
| 15616415 | + | Fayette Cardiology, PO Box 910, Uniontown, PA 15401-0910 |
| 15616427 | + | Mariner Finance, 5611 Ringgold Rd, Chattanooga, TN 37412-3150 |
| 15616429 | + | Michael F. Ratchford, Esq., Ratchford Law Group, 54 Glenmaura National Blvd, Suite 104, Moosic, PA 18507-2161 |
| 15616463 | + | Unifund CCR LLC, c/o Demetrios Tsarouhis, Esq., 21 South 9th St., Allentown, PA 18102-4861 |
| 15617399 | + | Unifund CCR, LLC, Tsarouhis Law Group LLC, 21 South 9th Street, Allentown, PA 18102-4861 |
| 15616464 | + | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |
| 15616465 |   | WVU Health System, PO Box 896, Morgantown, WV 26507-0896 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 08 2024 00:10:15 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15616401 | + | Email/Text: backoffice@affirm.com | Feb 07 2024 23:59:00 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15616399 | + | Email/Text: backoffice@affirm.com | Feb 07 2024 23:59:00 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15616403 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 07 2024 23:58:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15616402 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 07 2024 23:58:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15616406 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 08 2024 00:10:15 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15616404 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 08 2024 00:10:13 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15616408 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 08 2024 00:10:08 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15620815 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 08 2024 00:10:21 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15618821 |   | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 08 2024 00:10:16 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15616409 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 07 2024 23:58:00 | Comenity Capital/Gamestop, Po Box 182120, Columbus, OH 43218-2120 |
| 15616410 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 07 2024 23:58:00 | Comenity Capital/Gamestop, Attn: Bankruptcy, Po |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Box 182125, Columbus, OH 43218-2125 |
| 15616412 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 08 2024 00:10:06 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15616411 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 08 2024 00:10:13 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15618290 | | Email/Text: mrdiscen@discover.com | Feb 07 2024 23:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15616413 | + | Email/Text: mrdiscen@discover.com | Feb 07 2024 23:58:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15616414 | + | Email/Text: mrdiscen@discover.com | Feb 07 2024 23:58:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15616416 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 07 2024 23:59:00 | FEB Destiny, PO Box 4499, Beaverton, OR 97076-4499 |
| 15616418 | | Email/Text: eblymiller@fidelitycollections.com | Feb 07 2024 23:58:00 | Fidelity National Collections, Div Fidelty Properties, Inc., 885 S. Sawburg Ave., Suite 103, Alliance, OH 44601-5905 |
| 15633187 | | Email/Text: EBNBKNOT@ford.com | Feb 07 2024 23:59:00 | Ford Motor Credit Company, LLC, P.O. Box 62180, Colorado Springs, CO 62180 |
| 15616419 | | Email/Text: EBNBKNOT@ford.com | Feb 07 2024 23:59:00 | Ford Motor Credit, Po Box 542000, Omaha, NE 68154-8000 |
| 15616421 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 07 2024 23:59:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15616420 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 07 2024 23:59:00 | Genesis FS Card, Po Box 4499, Beaverton, OR 97076-4499 |
| 15616423 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 07 2024 23:59:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15616422 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 07 2024 23:59:00 | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 15635884 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 07 2024 23:59:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15616424 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 07 2024 23:59:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15616458 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Feb 07 2024 23:58:00 | State Farm Bank, PO Box 2313, Bloomington, IL 61702 |
| 15617615 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 08 2024 00:10:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15616426 | + | Email/Text: EBNBKNOT@ford.com | Feb 07 2024 23:59:00 | Lincoln Automotive Fin, Attn: Bankrutcy, Po Box 54200, Omaha, NE 68154-8000 |
| 15630544 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 07 2024 23:58:00 | Mariner Finance LLC., 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15616428 | + | Email/Text: pitbk@weltman.com | Feb 07 2024 23:58:00 | Matthew D. Urban, Esq., Weltman, Weinberg & Reis Co., LPA, 436 Seventh Avenue, SUite 2500, Pittsburgh, PA 15219-1842 |
| 15632666 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 07 2024 23:58:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15616430 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 07 2024 23:58:00 | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15616434 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 07 2024 23:58:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15616438 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 07 2024 23:58:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA |

| Recipient # | Notice Method | Date/Time | Address |
|---|---|---|---|
| | | | 92193-9069 |
| 15616437 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 07 2024 23:58:00 | Midland Funding/Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 15616441 | + Email/Text: electronicbkydocs@nelnet.net | Feb 07 2024 23:59:00 | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15616439 | + Email/Text: electronicbkydocs@nelnet.net | Feb 07 2024 23:59:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15619322 | + Email/Text: ECMCBKNotices@ecmc.org | Feb 07 2024 23:58:00 | Nelnet on behalf of College Assist, College Assist, PO Box 16358, St. Paul, MN 55116-0358 |
| 15616443 | + Email/PDF: cbp@omf.com | Feb 08 2024 00:10:05 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 15616444 | Email/Text: bankruptcies@penncredit.com | Feb 07 2024 23:58:00 | Penn Credit, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 15616445 | Email/Text: bankruptcies@penncredit.com | Feb 07 2024 23:58:00 | Penn Credit, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108 |
| 15616446 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 07 2024 23:58:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15635434 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 07 2024 23:58:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15616449 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 07 2024 23:58:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15616447 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 07 2024 23:58:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15616450 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 08 2024 00:10:21 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15636112 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 08 2024 00:10:13 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15616454 | + Email/Text: BKMailbox@QVC.com | Feb 07 2024 23:58:00 | QVC, 1200 Wilson Drive, West Chester, PA 19380-4262 |
| 15622135 | Email/Text: bnc-quantum@quantum3group.com | Feb 07 2024 23:58:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15616455 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 08 2024 00:10:16 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15616457 | Email/Text: bankruptcy@snapfinance.com | Feb 07 2024 23:58:00 | Snap Finance, 1193 West 2400, Salt Lake City, UT 84119 |
| 15616459 | + Email/Text: bankruptcy@sw-credit.com | Feb 07 2024 23:58:37 | SWC Group, 4120 International Parkway, Carrollton, TX 75007-1957 |
| 15616456 | + Email/Text: enotifications@santanderconsumerusa.com | Feb 07 2024 23:59:00 | Santander, PO Box 961245, Fort Worth, TX 76161-0244 |
| 15635887 | + Email/Text: bncmail@w-legal.com | Feb 07 2024 23:58:00 | Scolopax, LLC, c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 15616461 | + Email/Text: bncmail@w-legal.com | Feb 07 2024 23:58:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15616460 | + Email/Text: bncmail@w-legal.com | Feb 07 2024 23:58:00 | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |
| 15616462 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 07 2024 23:59:00 | The Bank of Missouri, PO Box 4499, Beaverton, OR 97076-4499 |
| 15630741 | Email/Text: BNCnotices@dcmservices.com | Feb 07 2024 23:58:00 | WVU Medicine, PO Box 1123, Minneapolis, MN 55440-1123 |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 07, 2024 | Form ID: pdf900 | Total Noticed: 69 |
| TOTAL: 60 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ford Motor Credit Company LLC |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15616400 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15616407 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15616405 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15616417 | *+ | FEB Destiny, PO Box 4499, Beaverton, OR 97076-4499 |
| 15616425 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15616431 | *+ | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15616432 | *+ | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15616433 | *+ | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15616435 | *+ | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15616436 | *+ | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15616442 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15616440 | *+ | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15616448 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15616451 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15616452 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15616453 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |

TOTAL: 2 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2024            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com  gmasterson@weltman.com |
| Kenneth Steidl | on behalf of Joint Debtor Jennifer A. Costolo-Michael julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Kenneth Steidl | |

| District/off: 0315-2 | User: auto | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Feb 07, 2024 | Form ID: pdf900 | Total Noticed: 69 |

        on behalf of Debtor George T. Michael II julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Maribeth Thomas
        on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A., c/o AIS Portfolio Services, LLC mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

TOTAL: 7