**Form COD**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:    Bankruptcy Case No.: 23−21455−GLT
          Chapter: 13

**George T. Michael II**
**Jennifer A. Costolo−Michael**
aka Jennifer A. Costolo
   Debtor(s)

## ORDER DIRECTING FURTHER ACTION IN RESPONSE TO CHAPTER 13 TRUSTEE'S CERTIFICATE OF DEFAULT REQUESTING DISMISSAL

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and is in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **twenty−one (21) days from the date of this Order,** Debtor(s) must file (1) *Documentary Proof of Payment* according to the accompanying *Instructions,* (2) a *Notarized Affidavit or Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes (a) an explanation of Debtor(s)' failure to comply with the current plan payment and/or (b) a statement setting forth why the Debtor(s) disputes the *Certificate of Default.*

**IT IS FURTHER ORDERED** that to the extent the Debtor(s) does not contest that the Debtor(s) is in default of the current plan, the Debtor(s) shall file **one** of the following within twenty−one (21) days of the date of this Order to avoid dismissal of the instant bankruptcy case:

A. a *Notice of Proposal to Cure Plan Defaults* in a form that substantially complies with the form available on Judge Taddonio's 'Forms' webpage (and which can be directly accessed at https://www.pawb.uscourts.gov/sites/default/files/forms/GLT−form−ch13−4.pdf). Said Notice shall include a date and time for the Conciliation Conference on the proposed cure selected from a date listed on the Trustee's Website, which date shall be no less than 30 and no more than 60 days after the date of the Notice;

**OR**

B. a *Notice of Proposed Modification to Plan* (in a form which substantially complies with the form found on Judge Taddonio's 'Forms' webpage and can be directly accessed at https://www.pawb.uscourts.gov/sites/default/files/forms/GLT−form−ch13−5.pdf) and an *Amended Plan.* (in accordance with the provisions of the *Chapter 13 Initial Case Management Order*) to the extent the Debtor(s) assert they can confirm and perform an *Amended Plan* to remain in Chapter 13. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) defaults on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing;

**OR**

C. a *Stipulated Order Modifying Plan* in a form that substantially complies with the form available on Judge Taddonio's 'Forms' webpage (and which can be directly access at https://www.pawb.uscourts.gov/sites/default/files/forms/GLT−form−ch13−3.pdf), and filed in accordance with the procedures as set forth in the *Chapter 13 Initial Case Management Order* regarding Stipulated Orders Modifying Plans.

Provided the Debtor(s) files a *Notice of Proposal to Cure Plan Defaults* or a *Notice of Proposed Modification to Plan* and *Amended Plan* the matter will follow the Court's standard conciliation/confirmation process as set forth in the *Chapter 13 Initial Case Management Order.*

Dated: January 13, 2025

<u>Gregory L Taddonio</u>
United States Bankruptcy Judge

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment. The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-21455-GLT |
| George T. Michael, II | Chapter 13 |
| Jennifer A. Costolo-Michael | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Jan 13, 2025 | Form ID: pdf900 | Total Noticed: 70 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George T. Michael, II, Jennifer A. Costolo-Michael, 1024 North Pine Ridge Road, Lemont Furnace, PA 15456-1276 |
| 15616415 | + | Fayette Cardiology, PO Box 910, Uniontown, PA 15401-0910 |
| 15616427 | + | Mariner Finance, 5611 Ringgold Rd, Chattanooga, TN 37412-3150 |
| 15616429 | + | Michael F. Ratchford, Esq., Ratchford Law Group, 54 Glenmaura National Blvd, Suite 104, Moosic, PA 18507-2161 |
| 15617399 | + | Unifund CCR, LLC, Tsarouhis Law Group LLC, 21 South 9th Street, Allentown, PA 18102-4861 |
| 15616464 | + | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 14 2025 01:08:26 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 14 2025 00:21:05 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15616401 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 14 2025 00:21:06 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15616399 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 14 2025 00:21:05 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15616403 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 14 2025 00:10:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15616402 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 14 2025 00:10:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15616406 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 14 2025 00:21:53 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15616404 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 14 2025 00:21:57 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15616408 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 14 2025 00:32:31 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15620815 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 14 2025 00:22:06 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15618821 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 14 2025 00:32:28 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15616409 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 14 2025 00:10:00 | Comenity Capital/Gamestop, Po Box 182120, Columbus, OH 43218-2120 |
| 15616410 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 14 2025 00:10:00 | Comenity Capital/Gamestop, Attn: Bankruptcy, Po |

Case 23-21455-GLT    Doc 59    Filed 01/15/25    Entered 01/16/25 00:41:24    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0315-2 | User: auto | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Jan 13, 2025 | Form ID: pdf900 | Total Noticed: 70 |

| Recip ID | | Notice Type/Email Address | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | | Box 182125, Columbus, OH 43218-2125 |
| 15616412 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 14 2025 00:22:11 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15616411 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 14 2025 00:21:05 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15617398 | + | Email/Text: dht@pacollections.com | Jan 14 2025 00:10:00 | Demetrios Tsarouhis, 21 South 9th Street, Allentown, PA 18102-4861 |
| 15618290 | | Email/Text: mrdiscen@discover.com | Jan 14 2025 00:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15616413 | + | Email/Text: mrdiscen@discover.com | Jan 14 2025 00:09:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15616414 | + | Email/Text: mrdiscen@discover.com | Jan 14 2025 00:09:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15616416 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 14 2025 00:12:00 | FEB Destiny, PO Box 4499, Beaverton, OR 97076-4499 |
| 15616418 | | Email/Text: eblymiller@fidelitycollections.com | Jan 14 2025 00:09:00 | Fidelity National Collections, Div Fidelty Properties, Inc., 885 S. Sawburg Ave., Suite 103, Alliance, OH 44601-5905 |
| 15616419 | | Email/Text: EBNBKNOT@ford.com | Jan 14 2025 00:11:00 | Ford Motor Credit, Po Box 542000, Omaha, NE 68154-8000 |
| 15633187 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 14 2025 00:32:31 | Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15616421 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 14 2025 00:12:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15616420 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 14 2025 00:12:00 | Genesis FS Card, Po Box 4499, Beaverton, OR 97076-4499 |
| 15616423 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 14 2025 00:12:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15616422 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 14 2025 00:12:00 | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 15635884 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 14 2025 00:11:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15616424 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 14 2025 00:11:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15616458 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Jan 14 2025 00:09:00 | State Farm Bank, PO Box 2313, Bloomington, IL 61702 |
| 15617615 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2025 00:20:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15616426 | + | Email/Text: EBNBKNOT@ford.com | Jan 14 2025 00:11:00 | Lincoln Automotive Fin, Attn: Bankrutcy, Po Box 54200, Omaha, NE 68154-8000 |
| 15630544 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 14 2025 00:10:00 | Mariner Finance LLC., 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15616428 | + | Email/Text: pitbk@weltman.com | Jan 14 2025 00:10:00 | Matthew D. Urban, Esq., Weltman, Weinberg & Reis Co., LPA, 436 Seventh Avenue, SUite 2500, Pittsburgh, PA 15219-1842 |
| 15632666 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 14 2025 00:11:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15616430 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 14 2025 00:11:00 | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15616434 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 14 2025 00:11:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box |

Case 23-21455-GLT    Doc 59    Filed 01/15/25    Entered 01/16/25 00:41:24    Desc Imaged
                                Certificate of Notice    Page 5 of 7

| District/off: 0315-2 | User: auto | Page 3 of 5 |
| --- | --- | --- |
| Date Rcvd: Jan 13, 2025 | Form ID: pdf900 | Total Noticed: 70 |

| Record # | Notice Method | Date/Time | Recipient |
| --- | --- | --- | --- |
| | | | 939069, San Diego, CA 92193-9069 |
| 15616438 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 14 2025 00:11:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15616437 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 14 2025 00:11:00 | Midland Funding/Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 15616441 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 14 2025 00:11:00 | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15616439 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 14 2025 00:11:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15619322 | + Email/Text: ECMCBKNotices@ecmc.org | Jan 14 2025 00:11:00 | Nelnet on behalf of College Assist, College Assist, PO Box 16358, St. Paul, MN 55116-0358 |
| 15616443 | + Email/PDF: cbp@omf.com | Jan 14 2025 00:20:32 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 15616444 | Email/Text: bankruptcies@penncredit.com | Jan 14 2025 00:10:00 | Penn Credit, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 15616446 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 14 2025 00:09:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15635434 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 14 2025 00:09:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15616449 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 14 2025 00:09:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15616447 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 14 2025 00:09:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15616450 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2025 00:32:49 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15636112 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2025 00:32:46 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15616445 | Email/Text: bankruptcies@penncredit.com | Jan 14 2025 00:10:00 | Penn Credit, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108 |
| 15616454 | + Email/Text: BKMailbox@QVC.com | Jan 14 2025 00:09:00 | QVC, 1200 Wilson Drive, West Chester, PA 19380-4262 |
| 15622135 | Email/Text: bnc-quantum@quantum3group.com | Jan 14 2025 00:11:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15616455 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2025 00:20:47 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15616457 | Email/Text: bankruptcy@snapfinance.com | Jan 14 2025 00:09:00 | Snap Finance, 1193 West 2400, Salt Lake City, UT 84119 |
| 15616459 | + Email/Text: bankruptcy@sw-credit.com | Jan 14 2025 00:11:00 | SWC Group, 4120 International Parkway, Carrollton, TX 75007-1957 |
| 15616456 | + Email/Text: enotifications@santanderconsumerusa.com | Jan 14 2025 00:11:00 | Santander, PO Box 961245, Fort Worth, TX 76161-0244 |
| 15635887 | + Email/Text: bncmail@w-legal.com | Jan 14 2025 00:10:00 | Scolopax, LLC, c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 15616461 | + Email/Text: bncmail@w-legal.com | Jan 14 2025 00:10:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15616460 | + Email/Text: bncmail@w-legal.com | Jan 14 2025 00:10:00 | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |
| 15616462 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 14 2025 00:12:00 | The Bank of Missouri, PO Box 4499, Beaverton, OR 97076-4499 |

Case 23-21455-GLT   Doc 59   Filed 01/15/25   Entered 01/16/25 00:41:24   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 13, 2025 | Form ID: pdf900 | Total Noticed: 70 |

| 15616463 | + Email/Text: dht@pacollections.com | | |
|---|---|---|---|
| | | Jan 14 2025 00:10:00 | Unifund CCR LLC, c/o Demetrios Tsarouhis, Esq., 21 South 9th St., Allentown, PA 18102-4861 |
| 15616465 | Email/Text: hbbankruptcynotices@wvumedicine.org | | |
| | | Jan 14 2025 00:09:00 | WVU Health System, PO Box 896, Morgantown, WV 26507-0896 |
| 15630741 | Email/Text: BNCnotices@dcmservices.com | | |
| | | Jan 14 2025 00:10:00 | WVU Medicine, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 64

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ford Motor Credit Company LLC |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15616400 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15616407 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15616405 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15616417 | *+ | FEB Destiny, PO Box 4499, Beaverton, OR 97076-4499 |
| 15616425 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15616431 | *+ | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15616432 | *+ | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15616433 | *+ | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15616435 | *+ | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15616436 | *+ | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15616442 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15616440 | *+ | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15616448 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15616451 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15616452 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15616453 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |

TOTAL: 2 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2025       Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2025 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Jan 13, 2025 | Form ID: pdf900 | Total Noticed: 70 |

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com  gmasterson@weltman.com |
| Kenneth Steidl | on behalf of Joint Debtor Jennifer A. Costolo-Michael julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor George T. Michael II julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Maribeth Thomas | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LLC mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7