IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 23-21455 GLT |
| George T. Michael, II ) | |
| Jennifer A. Costolo-Michael, ) | Chapter 13 |
| *Debtors* ) | Related to Docket No. 66 |
| ) | |
| George T. Michael, II ) | |
| Jennifer A. Costolo-Michael, ) | |
| *Movants* ) | |
| ) | |
| Vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda Winnecour, Trustee, ) | |
| Affirm, Inc., Barclays Bank Delaware, Capital One, ) | |
| Comenity Bank/Gamestop, Credit One Bank, Discover ) | |
| Bank, FEB Destiny, Fayette Cardiology, Fidelity National ) | |
| Collections, Ford Motor Credit, Genesis FS Card, ) | |
| Jefferson Capital Systems, LLC, LVNV Funding, LLC, ) | |
| Lincoln Automotive Financial, Mariner Finance, Midland ) | |
| Credit Management, Nelnet, OneMain Financial, PNC ) | |
| Bank, Penn Credit Corp., PA Dept. of Revenue, Portfolio ) | |
| Recovery Associates, LLC, QVC, Quantum3 Group, LLC, ) | |
| Resurgent Capital Services, SWC Group, Santander, ) | |
| Scolopax, LLC, Snap Finance, Target, TBOM, Unifund, ) | |
| CCR, LLC, Uniontown Hospital, WVU Health System, ) | |
| WVU Medicine, ) | |
| *Respondents* ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on February 25, 2025, a true and correct copy of the *Order of Court dated February 24, 2025* was served by the following methods, postage prepaid, upon the following persons and parties:

**First Class Mail:**
See attached mailing matrix

**Service by CM/ECF Mail:**
Office of the US Trustee

Date of Service: February 25, 2025               /s/ Kenneth Steidl
                                                 Kenneth Steidl, Esquire
                                                 Attorney for the Debtors
                                                 STEIDL & STEINBERG
                                                 436 7th Ave.- Suite 322
                                                 Koppers Building
                                                 Pittsburgh, PA 15219
                                                 (412) 391-8000
                                                 ken.steidl@steidl-steinberg.com
                                                 PA I.D. No. 34965

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 23-21455-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Tue Feb 25 08:23:45 EST 2025 | Affirm, Inc.<br>650 California St Fl 12<br>San Francisco, CA 94108-2716 | Affirm, Inc.<br>Attn: Bankruptcy<br>650 California St, Fl 12<br>San Francisco, CA 94108-2716 |
| Barclays Bank Delaware<br>Attn: Bankruptcy<br>Po Box 8801<br>Wilmington, DE 19899-8801 | Barclays Bank Delaware<br>P.o. Box 8803<br>Wilmington, DE 19899-8803 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 | Capital One Auto Finance<br>Attn: Bankruptcy<br>7933 Preston Rd<br>Plano, TX 75024-2302 | Capital One Auto Finance, a division of Capi<br>P.O. Box 4360<br>Houston, TX 77210-4360 |
| Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Denise Carlon<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Comenity Capital/Gamestop<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Capital/Gamestop<br>Po Box 182120<br>Columbus, OH 43218-2120 | Jennifer A. Costolo-Michael<br>1024 North Pine Ridge Road<br>Lemont Furnace, PA 15456-1276 |
| Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Credit One Bank<br>Po Box 98872<br>Las Vegas, NV 89193-8872 | Demetrios Tsarouhis<br>21 South 9th Street<br>Allentown, PA 18102-4861 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | Discover Financial<br>Po Box 30939<br>Salt Lake City, UT 84130-0939 |
| FEB Destiny<br>PO Box 4499<br>Beaverton, OR 97076-4499 | Fayette Cardiology<br>PO Box 910<br>Uniontown, PA 15401-0910 | (p)FIDELITY NATIONAL COLLECTIONS<br>885 S SAWBURG AVE SUITE 103<br>ALLIANCE OH 44601-5905 |
| Ford Motor Credit<br>Po Box 542000<br>Omaha, NE 68154-8000 | Ford Motor Credit Company, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ford Motor Credit Company, LLC, c/o AIS Port<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Genesis FS Card<br>Attn: Bankruptcy<br>Po Box 4477<br>Beaverton, OR 97076-4401 | Genesis FS Card<br>Po Box 4499<br>Beaverton, OR 97076-4499 | Genesis FS Card Services<br>Attn: Bankruptcy<br>Po Box 4477<br>Beaverton, OR 97076-4401 |

```
Genesis FS Card Services              (p)JEFFERSON CAPITAL SYSTEMS LLC         LVNV Funding, LLC
Po Box 4499                           PO BOX 7999                              Resurgent Capital Services
Beaverton, OR 97076-4499              SAINT CLOUD MN 56302-7999                PO Box 10587
                                                                               Greenville, SC 29603-0587


Lincoln Automotive Fin                Mariner Finance                          Mariner Finance LLC.
Attn: Bankrutcy                       5611 Ringgold Rd                         8211 Town Center Dr
Po Box 54200                          Chattanooga, TN 37412-3150               Nottingham, MD 21236-5904
Omaha, NE 68154-8000


Garry Alan Masterson                  Matthew D. Urban, Esq.                   George T. Michael II
Weltman, Weinberg & Reis Co LPA       Weltman, Weinberg & Reis Co., LPA        1024 North Pine Ridge Road
5990 West Creek Road                  436 Seventh Avenue, SUite 2500           Lemont Furnace, PA 15456-1276
Suite 200                             Pittsburgh, PA 15219-1842
Independence, OH 44131-2191


Michael F. Ratchford, Esq.            Midland Credit Management, Inc.          Midland Funding, LLC
Ratchford Law Group                   PO Box 2037                              320 East Big Beaver
54 Glenmaura National Blvd, Suite 104 Warren, MI 48090-2037                    Troy, MI 48083-1238
Moosic, PA 18507-2161


Midland Funding, LLC                  Midland Funding/Midland Credit Mgmt      Midland Funding/Midland Credit Mgmt
Attn: Bankruptcy                      320 East Big Beaver                      Attn: Bankruptcy
Po Box 939069                         Troy, MI 48083-1271                      Po Box 939069
San Diego, CA 92193-9069                                                       San Diego, CA 92193-9069


Nelnet                                Nelnet                                   Nelnet on behalf of College Assist
Attn: Bankruptcy Claims               Po Box 82561                             College Assist
Po Box 82505                          Lincoln, NE 68501-2561                   PO Box 16358
Lincoln, NE 68501-2505                                                         St. Paul, MN 55116-0358


Office of the United States Trustee   OneMain Financial                        (p)PNC BANK RETAIL LENDING
1000 Liberty Avenue                   PO Box 1010                              P O BOX 94982
Suite 1316                            Evansville, IN 47706-1010                CLEVELAND OH 44101-4982
Pittsburgh, PA 15222-4013


(p)PENN CREDIT CORPORATION            Penn Credit                              Pennsylvania Department of Revenue
PO BOX 69703                          Attn: Bankruptcy                         Bankruptcy Division
HARRISBURG PA 17106-9703              Po Box 988                               P.O. Box 280946
                                      Harrisburg, PA 17108                     Harrisburg, PA 17128-0946


Pennsylvania Dept. of Revenue         (p)PORTFOLIO RECOVERY ASSOCIATES LLC     QVC
Department 280946                     PO BOX 41067                             1200 Wilson Drive
P.O. Box 280946                       NORFOLK VA 23541-1067                    West Chester, PA 19380-4262
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946


Quantum3 Group LLC as agent for       Resurgent Capital Services               SWC Group
Genesis FS Card Services Inc          Attn: Bankruptcy                         4120 International Parkway
PO Box 788                            Po Box 10497                             Carrollton, TX 75007-1957
Kirkland, WA  98083-0788              Greenville, SC 29603-0497
```

| | | |
|---|---|---|
| Santander<br>PO Box 961245<br>Fort Worth, TX 76161-0244 | Scolopax, LLC<br>c/o Weinstein & Riley, PS<br>2001 Western Avenue, Suite 400<br>Seattle, WA 98121-3132 | Robert H. Slone, Trustee<br>223 South Maple Avenue<br>Greensburg, PA 15601-3232 |
| (p)SNAP FINANCE<br>PO BOX 26561<br>SALT LAKE CITY UT 84126-0561 | (p)LOAN SERVICING<br>LOAN SUPPORT<br>PO BOX 5961<br>MADISON WI 53705-0961 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 |
| Target Nb<br>C/O Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440-9475 | Target Nb<br>Po Box 673<br>Minneapolis, MN 55440-0673 | The Bank of Missouri<br>PO Box 4499<br>Beaverton, OR 97076-4499 |
| Maribeth Thomas<br>Tucker Arensberg PC<br>1500 One PPG Place<br>Pittsburgh, PA 15222-5413 | Unifund CCR LLC<br>c/o Demetrios Tsarouhis, Esq.<br>21 South 9th St.<br>Allentown, PA 18102-4861 | Unifund CCR, LLC<br>Tsarouhis Law Group LLC<br>21 South 9th Street<br>Allentown, PA 18102-4861 |
| Uniontown Hospital<br>500 West Berkeley Street<br>Uniontown, PA 15401-5596 | WVU Health System<br>PO Box 896<br>Morgantown, WV 26507-0896 | WVU Medicine<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Fidelity National Collections<br>Div Fidelty Properties, Inc.<br>885 S. Sawburg Ave., Suite 103<br>Alliance, OH 44601-5905 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | (d)Jefferson Capital Systems, LLC<br>16 Mcleland Rd<br>Saint Cloud, MN 56303 |
| PNC Bank<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 | (d)PNC Bank, National Association<br>3232 Newmark Drive<br>Miamisburg, OH 45342 | Penn Credit<br>2800 Commerce Drive<br>Harrisburg, PA 17110 |
| (d)Pnc Mortgage<br>Attn: Bankruptcy<br>Po Box 8819<br>Dayton, OH 45401 | (d)Pnc Mortgage<br>Po Box 8703<br>Dayton, OH 45401 | Portfolio Recovery Associates, LLC<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502 |
| (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 | Snap Finance<br>1193 West 2400<br>Salt Lake City, UT 84119 | State Farm Bank<br>PO Box 2313<br>Bloomington, IL 61702 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ford Motor Credit Company LLC

(d)Ford Motor Credit Company, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(u)PNC BANK, NATIONAL ASSOCIATION

End of Label Matrix
Mailable recipients    74
Bypassed recipients     4
Total                  78