| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | George T. Michael II<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–8593<br>EIN: _ _ – _ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | Jennifer A. Costolo–Michael<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–9896<br>EIN: _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court: WESTERN DISTRICT OF PENNSYLVANIA | | Date case filed in chapter: 13  7/3/23 | |
| Case number: 23–21455–GLT | | Date case converted to chapter: 7  2/24/25 | |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | George T. Michael II | Jennifer A. Costolo–Michael |
| 2. | **All other names used in the last 8 years** | | aka Jennifer A. Costolo |
| 3. | **Address** | 1024 North Pine Ridge Road<br>Lemont Furnace, PA 15456 | 1024 North Pine Ridge Road<br>Lemont Furnace, PA 15456 |
| 4. | **Debtor's attorney**<br>Name and address | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br><br>Email: julie.steidl@steidl–steinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Robert H. Slone, Trustee<br>223 South Maple Avenue<br>Greensburg, PA 15601 | Contact phone 724–834–2990<br><br>Email: robertslone223@gmail.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**   page **1**

| 6. Bankruptcy clerk's office | U.S. Bankruptcy Court | Hours open: |
| --- | --- | --- |
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 | Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. Contact phone 412–644–2700 Date: 2/24/25 |
| 7. Meeting of creditors | **April 14, 2025 at 09:00 AM** | Location: |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 742 575 1673, and Passcode 8273647003, call 1–878–212–9551** For additional information, go to: https://www.justice.gov/ust/moc |
| 8. | Presumption of abuse | The presumption of abuse does not arise. |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |
| 9. Deadlines | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 6/13/25** |
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/5/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/1/24** |
| | **Deadlines for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. Liquidation of the debtor's property and payment of creditors' claims | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 23-21455-GLT

George T. Michael, II     Chapter 7

Jennifer A. Costolo-Michael

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 6
Date Rcvd: Feb 24, 2025     Form ID: 309B     Total Noticed: 78

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George T. Michael, II, Jennifer A. Costolo-Michael, 1024 North Pine Ridge Road, Lemont Furnace, PA 15456-1276 |
| aty | + | Denise Carlon, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Garry Alan Masterson, Weltman, Weinberg & Reis Co LPA, 5990 West Creek Road, Suite 200, Independence, OH 44131-2191 |
| aty | + | Maribeth Thomas, Tucker Arensberg PC, 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 15616415 | + | Fayette Cardiology, PO Box 910, Uniontown, PA 15401-0910 |
| 15616427 | + | Mariner Finance, 5611 Ringgold Rd, Chattanooga, TN 37412-3150 |
| 15616429 | + | Michael F. Ratchford, Esq., Ratchford Law Group, 54 Glenmaura National Blvd, Suite 104, Moosic, PA 18507-2161 |
| 15617399 | + | Unifund CCR, LLC, Tsarouhis Law Group LLC, 21 South 9th Street, Allentown, PA 18102-4861 |
| 15616464 | + | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: julie.steidl@steidl-steinberg.com | Feb 25 2025 01:08:00 | Kenneth Steidl, Steidl & Steinberg, Suite 2830 Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219 |
| tr | + | Email/Text: robertslone223@gmail.com | Feb 25 2025 01:08:00 | Robert H. Slone, Trustee, 223 South Maple Avenue, Greensburg, PA 15601-3232 |
| smg | | EDI: PENNDEPTREV | Feb 25 2025 05:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 25 2025 01:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 25 2025 05:39:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 25 2025 01:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Feb 25 2025 01:09:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| cr | + | EDI: AISACG.COM | Feb 25 2025 05:39:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 25 2025 02:22:14 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma |

| | | | | |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | | City, OK 73118-7901 |
| | | | Feb 25 2025 05:39:00 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 25 2025 02:21:05 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15616401 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 25 2025 02:21:25 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15616399 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 25 2025 02:32:47 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15616403 | + | EDI: TSYS2 | Feb 25 2025 05:39:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15616402 | + | EDI: TSYS2 | Feb 25 2025 05:39:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15616406 | + | EDI: CAPITALONE.COM | Feb 25 2025 05:33:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15616406 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2025 02:21:24 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15616404 | + | EDI: CAPITALONE.COM | Feb 25 2025 05:33:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15616404 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2025 02:32:41 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15616408 | + | EDI: CAPONEAUTO.COM | Feb 25 2025 05:39:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15616408 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 25 2025 02:32:33 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15620815 | + | EDI: AISACG.COM | Feb 25 2025 05:39:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15620815 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 25 2025 02:22:12 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15618821 | | EDI: CAPITALONE.COM | Feb 25 2025 05:33:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15618821 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2025 02:32:38 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15616409 | + | EDI: WFNNB.COM | Feb 25 2025 05:39:00 | Comenity Capital/Gamestop, Po Box 182120, Columbus, OH 43218-2120 |
| 15616410 | + | EDI: WFNNB.COM | Feb 25 2025 05:39:00 | Comenity Capital/Gamestop, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15616412 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 25 2025 02:32:38 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15616411 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 25 2025 02:22:15 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15617398 | + | Email/Text: dht@pacollections.com | Feb 25 2025 01:08:00 | Demetrios Tsarouhis, 21 South 9th Street, Allentown, PA 18102-4861 |
| 15618290 | | EDI: DISCOVER | Feb 25 2025 05:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15616413 | + | EDI: DISCOVER | Feb 25 2025 05:33:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15616414 | + | EDI: DISCOVER | Feb 25 2025 05:33:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |

| Recipient ID | Code | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 15616416 | + | EDI: PHINGENESIS | Feb 25 2025 05:39:00 | FEB Destiny, PO Box 4499, Beaverton, OR 97076-4499 |
| 15616418 | | Email/Text: eblymiller@fidelitycollections.com | Feb 25 2025 01:08:00 | Fidelity National Collections, Div Fidelty Properties, Inc., 885 S. Sawburg Ave., Suite 103, Alliance, OH 44601-5905 |
| 15616419 | | Email/Text: EBNBKNOT@ford.com | Feb 25 2025 01:09:00 | Ford Motor Credit, Po Box 542000, Omaha, NE 68154-8000 |
| 15633187 | + | EDI: AISACG.COM | Feb 25 2025 05:39:00 | Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15633187 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 25 2025 03:17:05 | Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15616421 | + | EDI: PHINGENESIS | Feb 25 2025 05:39:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15616420 | + | EDI: PHINGENESIS | Feb 25 2025 05:39:00 | Genesis FS Card, Po Box 4499, Beaverton, OR 97076-4499 |
| 15616423 | + | EDI: PHINGENESIS | Feb 25 2025 05:39:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15616422 | + | EDI: PHINGENESIS | Feb 25 2025 05:39:00 | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 15635884 | | EDI: JEFFERSONCAP.COM | Feb 25 2025 05:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15616424 | | EDI: JEFFERSONCAP.COM | Feb 25 2025 05:39:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15616458 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Feb 25 2025 01:08:00 | State Farm Bank, PO Box 2313, Bloomington, IL 61702 |
| 15617615 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2025 02:22:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15616426 | + | Email/Text: EBNBKNOT@ford.com | Feb 25 2025 01:09:00 | Lincoln Automotive Fin, Attn: Bankrutcy, Po Box 54200, Omaha, NE 68154-8000 |
| 15630544 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 25 2025 01:08:00 | Mariner Finance LLC., 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15616428 | + | Email/Text: pitbk@weltman.com | Feb 25 2025 01:08:00 | Matthew D. Urban, Esq., Weltman, Weinberg & Reis Co., LPA, 436 Seventh Avenue, SUite 2500, Pittsburgh, PA 15219-1842 |
| 15616429 | ^ | MEBN | Feb 25 2025 00:40:02 | Michael F. Ratchford, Esq., Ratchford Law Group, 54 Glenmaura National Blvd, Suite 104, Moosic, PA 18507-2161 |
| 15632666 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 25 2025 01:09:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15616430 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 25 2025 01:09:00 | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15616434 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 25 2025 01:09:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15616438 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 25 2025 01:09:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15616437 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 25 2025 01:09:00 | Midland Funding/Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 15616441 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 25 2025 01:09:00 | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15616439 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15619322 | + | Email/Text: ECMCBKNotices@ecmc.org | Feb 25 2025 01:09:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15616443 | + | EDI: AGFINANCE.COM | Feb 25 2025 01:08:00 | Nelnet on behalf of College Assist, College Assist, PO Box 16358, St. Paul, MN 55116-0358 |
| 15616444 | | Email/Text: bankruptcies@penncredit.com | Feb 25 2025 05:33:00 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 15616446 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2025 01:08:00 | Penn Credit, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 15635434 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2025 01:08:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15616449 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2025 01:08:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15616447 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2025 01:08:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15616450 | | EDI: PRA.COM | Feb 25 2025 01:08:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15636112 | | EDI: PRA.COM | Feb 25 2025 05:39:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15616445 | | Email/Text: bankruptcies@penncredit.com | Feb 25 2025 05:39:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15616454 | + | Email/Text: BKMailbox@QVC.com | Feb 25 2025 01:08:00 | Penn Credit, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108 |
| 15622135 | | EDI: Q3G.COM | Feb 25 2025 01:08:00 | QVC, 1200 Wilson Drive, West Chester, PA 19380-4262 |
| 15616455 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2025 05:39:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15616457 | | Email/Text: bankruptcy@snapfinance.com | Feb 25 2025 02:32:35 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15616459 | + | Email/Text: bankruptcy@sw-credit.com | Feb 25 2025 01:08:00 | Snap Finance, 1193 West 2400, Salt Lake City, UT 84119 |
| 15616456 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 25 2025 01:09:00 | SWC Group, 4120 International Parkway, Carrollton, TX 75007-1957 |
| 15635887 | + | Email/Text: bncmail@w-legal.com | Feb 25 2025 01:09:00 | Santander, PO Box 961245, Fort Worth, TX 76161-0244 |
| 15616461 | + | EDI: WTRRNBANK.COM | Feb 25 2025 01:08:00 | Scolopax, LLC, c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 15616460 | + | EDI: WTRRNBANK.COM | Feb 25 2025 05:39:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15616462 | + | EDI: PHINGENESIS | Feb 25 2025 05:39:00 | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |
| 15616463 | + | Email/Text: dht@pacollections.com | Feb 25 2025 05:39:00 | The Bank of Missouri, PO Box 4499, Beaverton, OR 97076-4499 |
| 15616465 | | Email/Text: hbbankruptcynotices@wvumedicine.org | Feb 25 2025 01:08:00 | Unifund CCR LLC, c/o Demetrios Tsarouhis, Esq., 21 South 9th St., Allentown, PA 18102-4861 |
| 15630741 | | Email/Text: BNCnotices@dcmservices.com | Feb 25 2025 01:08:00 | WVU Health System, PO Box 896, Morgantown, WV 26507-0896 |
| | | | Feb 25 2025 01:08:00 | WVU Medicine, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 80

Case 23-21455-GLT    Doc 74    Filed 02/26/25    Entered 02/27/25 00:31:35    Desc Imaged
Certificate of Notice    Page 7 of 8

| District/off: 0315-2 | User: auto | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Feb 24, 2025 | Form ID: 309B | Total Noticed: 78 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ford Motor Credit Company LLC |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15616400 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15616407 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15616405 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15616417 | *+ | FEB Destiny, PO Box 4499, Beaverton, OR 97076-4499 |
| 15616425 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15616431 | *+ | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15616432 | *+ | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15616433 | *+ | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15616435 | *+ | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15616436 | *+ | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15616442 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15616440 | *+ | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15616448 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15616451 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15616452 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15616453 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |

TOTAL: 2 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com  gmasterson@weltman.com |
| Kenneth Steidl | on behalf of Joint Debtor Jennifer A. Costolo-Michael julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 6 of 6 |
| Date Rcvd: Feb 24, 2025 | Form ID: 309B | Total Noticed: 78 |

    on behalf of Debtor George T. Michael II julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Maribeth Thomas
    on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LLC mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone, Trustee
    robertslone223@gmail.com  rslone@mahadylegal.com;pa07@ecfcbis.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 8