**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br>GEORGE T. MICHAEL, II<br>JENNIFER A. COSTOLO-MICHAEL<br>Debtor(s) | Case No. 23-21455GLT |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/03/2023.

2) The plan was confirmed on 08/09/2023.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/10/2025.

5) The case was converted on 02/24/2025.

6) Number of months from filing or conversion to last payment: 0.

7) Number of months case was pending: 20.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $258,289.19.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $24,093.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$24,093.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,214.40 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,445.58 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,659.98** |
| Attorney fees paid and disclosed by debtor: | $600.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AFFIRM | Unsecured | 414.00 | NA | NA | 0.00 | 0.00 |
| AFFIRM | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 11,257.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE - DIV C | Secured | 44,686.00 | 44,794.09 | 44,794.09 | 5,193.78 | 6,473.58 |
| CAPITAL ONE AUTO FINANCE - DIV C | Secured | 0.00 | 870.05 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 720.00 | 720.81 | 720.81 | 0.00 | 0.00 |
| COMENITY CAPITAL BANK | Unsecured | 863.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 2,913.00 | 2,913.39 | 2,913.39 | 0.00 | 0.00 |
| FAYETTE CARDIOLOGY | Unsecured | 189.65 | NA | NA | 0.00 | 0.00 |
| FEB DESTINY | Unsecured | 667.00 | NA | NA | 0.00 | 0.00 |
| FIDELITY NATIONAL COLLECTIONS | Unsecured | 384.68 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT CO LLC(*) | Secured | 34,031.00 | 33,488.34 | 33,488.34 | 6,349.14 | 964.88 |
| GEC/QVC | Unsecured | 508.14 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 3,151.00 | 3,151.92 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 1,134.00 | 1,134.88 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 639.00 | 416.89 | 416.89 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 467.00 | 467.46 | 467.46 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 611.00 | 611.75 | 611.75 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 559.93 | 559.93 | 0.00 | 0.00 |
| MARINER FINANCE LLC | Unsecured | 1,106.00 | 1,064.75 | 1,064.75 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,163.00 | 1,163.98 | 1,163.98 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 600.00 | 600.38 | 600.38 | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 6,911.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 3,422.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 3,313.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 1,455.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 701.00 | NA | NA | 0.00 | 0.00 |
| NELNET O/B/O COLLEGE ASSIST | Unsecured | 15,246.00 | 16,042.40 | 1,500.00 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL(*) | Unsecured | 10,150.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PNC BANK NA | Unsecured | 1,367.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK NA | Secured | 9,795.00 | 9,793.21 | 0.00 | 2,101.64 | 0.00 |
| PNC BANK NA | Secured | 0.00 | 213.06 | 213.06 | 0.00 | 0.00 |
| PNC BANK NA | Secured | 1,252.00 | 827.85 | 827.85 | 231.20 | 52.73 |
| PRA AG FUNDING LLC | Unsecured | 5,341.00 | NA | NA | 0.00 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 1,555.00 | NA | NA | 0.00 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 432.00 | NA | NA | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 4,400.00 | 4,400.49 | 4,400.49 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT GE | Unsecured | 900.00 | 967.74 | 967.74 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT GE | Unsecured | 938.00 | 1,001.46 | 1,001.46 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA** | Unsecured | 13,000.00 | NA | NA | 0.00 | 0.00 |
| SCOLOPAX LLC | Unsecured | NA | 1,802.07 | 1,802.07 | 0.00 | 0.00 |
| SNAP FINANCE | Unsecured | 2,574.38 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEMS* | Unsecured | 561.00 | NA | NA | 0.00 | 0.00 |
| STATE FARM BANK FSB | Unsecured | 16,607.56 | NA | NA | 0.00 | 0.00 |
| TARGET | Unsecured | 579.00 | NA | NA | 0.00 | 0.00 |
| TBOM RETAIL | Unsecured | 815.00 | NA | NA | 0.00 | 0.00 |
| UNIFUND CCR LLC | Unsecured | 1,154.27 | 1,154.27 | 1,154.27 | 0.00 | 0.00 |
| UNIONTOWN HOSPITAL | Unsecured | 1,409.59 | NA | NA | 0.00 | 0.00 |
| WVU MEDICINE | Unsecured | 122.53 | 753.34 | 753.34 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $827.85 | $2,332.84 | $52.73 |
| Mortgage Arrearage | $213.06 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $78,282.43 | $11,542.92 | $7,438.46 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$79,323.34** | **$13,875.76** | **$7,491.19** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$20,098.71** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $2,659.98 |
| Disbursements to Creditors | $21,366.95 |
| **TOTAL DISBURSEMENTS** : | **$24,026.93** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/14/2025    By: /s/ Ronda J. Winnecour
                                                                Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**