**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| GEORGE T. MICHAEL, II<br>JENNIFER A. COSTOLO-MICHAEL<br>　　　Debtor(s) | Case No.:23-21455 GLT |
| Ronda J. Winnecour<br>　　　Movant<br>　　vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1. The case was filed on 07/03/2023 and confirmed on 08/09/2023 . The case was subsequently　　(D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 24,093.00 |
| Less Refunds to Debtor | 66.07 | |
| TOTAL AMOUNT OF PLAN FUND | | 24,026.93 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 1,214.40 | |
| 　Trustee Fee | 1,445.58 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,659.98 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| 　PNC BANK NA | 0.00 | 2,101.64 | 0.00 | 2,101.64 |
| 　　Acct: 3769 | | | | |
| 　PNC BANK NA | 213.06 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 3769 | | | | |
| 　CAPITAL ONE AUTO FINANCE - DIV CAPIT | 44,794.09 | 5,193.78 | 6,473.58 | 11,667.36 |
| 　　Acct: 2357 | | | | |
| 　FORD MOTOR CREDIT CO LLC(*) | 33,488.34 | 6,349.14 | 964.88 | 7,314.02 |
| 　　Acct: 1018 | | | | |
| 　CAPITAL ONE AUTO FINANCE - DIV CAPIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 2357 | | | | |
| 　PNC BANK NA | 827.85 | 231.20 | 52.73 | 283.93 |
| 　　Acct: 5230 | | | | |
| | | | | 21,366.95 |
| **Priority** | | | | |
| 　KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　GEORGE T. MICHAEL, II | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| GEORGE T. MICHAEL, II | 66.07 | 66.07 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG PC | 2,500.00 | 1,214.40 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| UNIFUND CCR LLC | 1,154.27 | 0.00 | 0.00 | 0.00 |
| Acct: 7919 | | | | |
| NELNET O/B/O COLLEGE ASSIST | 1,500.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9896 | | | | |
| BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1296 | | | | |
| DISCOVER BANK(*) | 2,913.39 | 0.00 | 0.00 | 0.00 |
| Acct: 9088 | | | | |
| AFFIRM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: NBTX | | | | |
| AFFIRM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: RYR2 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 720.81 | 0.00 | 0.00 | 0.00 |
| Acct: 8000 | | | | |
| LVNV FUNDING LLC | 467.46 | 0.00 | 0.00 | 0.00 |
| Acct: 8526 | | | | |
| COMENITY CAPITAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7919 | | | | |
| LVNV FUNDING LLC | 416.89 | 0.00 | 0.00 | 0.00 |
| Acct: 0992 | | | | |
| FAYETTE CARDIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FEB DESTINY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,163.98 | 0.00 | 0.00 | 0.00 |
| Acct: 4840 | | | | |
| FIDELITY NATIONAL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUANTUM3 GROUP LLC - AGENT GENES | 967.74 | 0.00 | 0.00 | 0.00 |
| Acct: 2979 | | | | |
| QUANTUM3 GROUP LLC - AGENT GENES | 1,001.46 | 0.00 | 0.00 | 0.00 |
| Acct: 3979 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| MARINER FINANCE LLC | 1,064.75 | 0.00 | 0.00 | 0.00 |
| Acct: 9056 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8561 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6157 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4745 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2853 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 600.38 | 0.00 | 0.00 | 0.00 |
| Acct: 8207 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8299 | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

Case 23-21455-GLT   Doc 80   Filed 03/28/25   Entered 03/28/25 13:30:22   Desc Main
Document   Page 3 of 4

| 23-21455 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 3 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2518 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8070 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6084 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 4,400.49 | 0.00 | 0.00 | 0.00 |
| Acct: 4030 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7301 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6227 | | | | |
| GEC/QVC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 611.75 | 0.00 | 0.00 | 0.00 |
| Acct: 9546 | | | | |
| SANTANDER CONSUMER USA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SNAP FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STATE FARM BANK FSB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4835 | | | | |
| TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4685 | | | | |
| TBOM RETAIL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WVU MEDICINE | 753.34 | 0.00 | 0.00 | 0.00 |
| Acct: 9896 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7362 | | | | |
| LVNV FUNDING LLC | 559.93 | 0.00 | 0.00 | 0.00 |
| Acct: 5948 | | | | |
| SCOLOPAX LLC | 1,802.07 | 0.00 | 0.00 | 0.00 |
| Acct: 3PPA | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RATCHFORD LAW GROUP PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WELTMAN WEINBERG & REIS CO LPA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TUCKER ARENSBERG PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WELTMAN WEINBERG & REIS CO LPA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                                       21,366.95

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 79,323.34 |
| UNSECURED | 20.098.71 |

Date: 03/28/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com