Certificate Number: 17082-PAW-DE-039742969

Bankruptcy Case Number: 23-21455



17082-PAW-DE-039742969

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 7, 2025, at 11:18 o'clock AM MST, JENNIFER A COSTOLO MICHAEL completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   June 7, 2025           By:    /s/Orsolya K Lazar

                               Name:  Orsolya K Lazar

                               Title: Executive Director