| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | George T. Michael II<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8593<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Jennifer A. Costolo–Michael<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9896<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 23–21455–GLT | |

## Order of Discharge                                                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

George T. Michael II                                                                Jennifer A. Costolo–Michael
                                                                                                   aka Jennifer A. Costolo

6/18/25                                                                                   **By the court:**   Gregory L Taddonio
                                                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 23-21455-GLT
George T. Michael, II  Chapter 7
Jennifer A. Costolo-Michael
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: admin      Page 1 of 5
Date Rcvd: Jun 18, 2025      Form ID: 318      Total Noticed: 72

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George T. Michael, II, Jennifer A. Costolo-Michael, 1024 North Pine Ridge Road, Lemont Furnace, PA 15456-1276 |
| 15616415 | + | Fayette Cardiology, PO Box 910, Uniontown, PA 15401-0910 |
| 15616427 | + | Mariner Finance, 5611 Ringgold Rd, Chattanooga, TN 37412-3150 |
| 15617399 | + | Unifund CCR, LLC, Tsarouhis Law Group LLC, 21 South 9th Street, Allentown, PA 18102-4861 |
| 15616464 | + | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 19 2025 04:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 19 2025 04:16:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Jun 19 2025 04:16:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jun 19 2025 04:16:00 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15616401 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 19 2025 01:09:24 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15616399 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 19 2025 01:09:24 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15616403 | + | EDI: TSYS2 | Jun 19 2025 04:16:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15616402 | + | EDI: TSYS2 | Jun 19 2025 04:16:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15616406 | + | EDI: CAPITALONE.COM | Jun 19 2025 04:16:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15616404 | + | EDI: CAPITALONE.COM | Jun 19 2025 04:16:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15616408 | + | EDI: CAPONEAUTO.COM | Jun 19 2025 04:16:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15620815 | + | EDI: AISACG.COM | | |

Case 23-21455-GLT    Doc 88    Filed 06/20/25    Entered 06/21/25 00:33:17    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0315-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jun 18, 2025 | Form ID: 318 | Total Noticed: 72 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15618821 | | EDI: CAPITALONE.COM | Jun 19 2025 04:16:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15616409 | + | EDI: WFNNB.COM | Jun 19 2025 04:16:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15616410 | + | EDI: WFNNB.COM | Jun 19 2025 04:16:00 | Comenity Capital/Gamestop, Po Box 182120, Columbus, OH 43218-2120 |
| 15616412 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 19 2025 04:16:00 | Comenity Capital/Gamestop, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15616411 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 19 2025 01:07:40 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15617398 | + | Email/Text: dht@pacollections.com | Jun 19 2025 01:29:49 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15618290 | | EDI: DISCOVER | Jun 19 2025 00:38:00 | Demetrios Tsarouhis, 21 South 9th Street, Allentown, PA 18102-4861 |
| 15616413 | + | EDI: DISCOVER | Jun 19 2025 04:16:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15616414 | + | EDI: DISCOVER | Jun 19 2025 04:16:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15616416 | + | EDI: PHINGENESIS | Jun 19 2025 04:16:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15616418 | | Email/Text: eblymiller@fidelitycollections.com | Jun 19 2025 04:16:00 | FEB Destiny, PO Box 4499, Beaverton, OR 97076-4499 |
| 15616419 | | Email/Text: EBNBKNOT@ford.com | Jun 19 2025 00:37:00 | Fidelity National Collections, Div Fidelty Properties, Inc., 885 S. Sawburg Ave., Suite 103, Alliance, OH 44601-5905 |
| 15633187 | + | EDI: AISACG.COM | Jun 19 2025 00:39:00 | Ford Motor Credit, Po Box 542000, Omaha, NE 68154-8000 |
| 15616421 | + | EDI: PHINGENESIS | Jun 19 2025 04:16:00 | Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15616420 | + | EDI: PHINGENESIS | Jun 19 2025 04:16:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15616423 | + | EDI: PHINGENESIS | Jun 19 2025 04:16:00 | Genesis FS Card, Po Box 4499, Beaverton, OR 97076-4499 |
| 15616422 | + | EDI: PHINGENESIS | Jun 19 2025 04:16:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15635884 | | EDI: JEFFERSONCAP.COM | Jun 19 2025 04:16:00 | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 15616424 | | EDI: JEFFERSONCAP.COM | Jun 19 2025 04:16:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15616458 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Jun 19 2025 04:16:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15617615 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 19 2025 00:37:00 | State Farm Bank, PO Box 2313, Bloomington, IL 61702 |
| 15616426 | + | Email/Text: EBNBKNOT@ford.com | Jun 19 2025 01:09:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15630544 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 19 2025 00:39:00 | Lincoln Automotive Fin, Attn: Bankrutcy, Po Box 54200, Omaha, NE 68154-8000 |
| 15616428 | + | Email/Text: pitbk@weltman.com | Jun 19 2025 00:37:00 | Mariner Finance LLC., 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| | | | Jun 19 2025 00:38:00 | Matthew D. Urban, Esq., Weltman, Weinberg & |

Case 23-21455-GLT   Doc 88   Filed 06/20/25   Entered 06/21/25 00:33:17   Desc Imaged
Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jun 18, 2025 | Form ID: 318 | Total Noticed: 72 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Reis Co., LPA, 436 Seventh Avenue, SUite 2500, Pittsburgh, PA 15219-1842 |
| 15616429 | ^ | MEBN | Jun 19 2025 00:23:27 | Michael F. Ratchford, Esq., Ratchford Law Group, 54 Glenmaura National Blvd, Suite 104, Moosic, PA 18507-2161 |
| 15632666 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 19 2025 00:38:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15616430 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 19 2025 00:38:00 | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15616434 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 19 2025 00:38:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15616438 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 19 2025 00:38:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15616437 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 19 2025 00:38:00 | Midland Funding/Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 15616441 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 19 2025 00:38:00 | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15616439 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 19 2025 00:38:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15619322 | + | Email/Text: ECMCBKNotices@ecmc.org | Jun 19 2025 00:38:00 | Nelnet on behalf of College Assist, College Assist, PO Box 16358, St. Paul, MN 55116-0358 |
| 15616443 | + | EDI: AGFINANCE.COM | Jun 19 2025 04:16:00 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 15616444 | | Email/Text: bankruptcies@penncredit.com | Jun 19 2025 00:37:00 | Penn Credit, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 15616446 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 19 2025 00:37:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15635434 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 19 2025 00:37:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15616449 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 19 2025 00:37:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15616447 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 19 2025 00:37:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15616450 | | EDI: PRA.COM | Jun 19 2025 04:16:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15636112 | | EDI: PRA.COM | Jun 19 2025 04:16:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15616445 | | Email/Text: bankruptcies@penncredit.com | Jun 19 2025 00:37:00 | Penn Credit, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108 |
| 15616454 | + | Email/Text: BKMailbox@QVC.com | Jun 19 2025 00:37:00 | QVC, 1200 Wilson Drive, West Chester, PA 19380-4262 |
| 15622135 | | EDI: Q3G.COM | Jun 19 2025 04:16:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15616455 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 19 2025 01:09:23 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15616457 | | Email/Text: bankruptcy@snapfinance.com | Jun 19 2025 00:37:00 | Snap Finance, 1193 West 2400, Salt Lake City, UT 84119 |
| 15616459 | + | Email/Text: bankruptcy@sw-credit.com | Jun 19 2025 00:38:00 | SWC Group, 4120 International Parkway, Carrollton, TX 75007-1957 |
| 15616456 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 19 2025 00:38:00 | Santander, PO Box 961245, Fort Worth, TX 76161-0244 |

Case 23-21455-GLT   Doc 88   Filed 06/20/25   Entered 06/21/25 00:33:17   Desc Imaged
                         Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jun 18, 2025 | Form ID: 318 | Total Noticed: 72 |

| Recip ID | Bypass Reason | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15635887 | + | Email/Text: bncmail@w-legal.com | Jun 19 2025 00:38:00 | Scolopax, LLC, c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 15616461 | + | EDI: WTRRNBANK.COM | Jun 19 2025 04:16:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15616460 | + | EDI: WTRRNBANK.COM | Jun 19 2025 04:16:00 | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |
| 15616462 | + | EDI: PHINGENESIS | Jun 19 2025 04:16:00 | The Bank of Missouri, PO Box 4499, Beaverton, OR 97076-4499 |
| 15616463 | + | Email/Text: dht@pacollections.com | Jun 19 2025 00:38:00 | Unifund CCR LLC, c/o Demetrios Tsarouhis, Esq., 21 South 9th St., Allentown, PA 18102-4861 |
| 15616465 | | Email/Text: hbbankruptcynotices@wvumedicine.org | Jun 19 2025 00:37:00 | WVU Health System, PO Box 896, Morgantown, WV 26507-0896 |
| 15630741 | | Email/Text: BNCnotices@dcmservices.com | Jun 19 2025 00:38:00 | WVU Medicine, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 67

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ford Motor Credit Company LLC |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15616400 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15616407 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15616405 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15616417 | *+ | FEB Destiny, PO Box 4499, Beaverton, OR 97076-4499 |
| 15616425 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15616431 | *+ | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15616432 | *+ | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15616433 | *+ | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15616435 | *+ | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15616436 | *+ | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15616442 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15616440 | *+ | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15616448 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15616451 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15616452 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15616453 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |

TOTAL: 2 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0315-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jun 18, 2025 | Form ID: 318 | Total Noticed: 72 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 20, 2025          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2025 at the address(es) listed below:

**Name**     **Email Address**

Denise Carlon
     on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Garry Alan Masterson
     on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com gmasterson@weltman.com

Kenneth Steidl
     on behalf of Debtor George T. Michael II julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Kenneth Steidl
     on behalf of Joint Debtor Jennifer A. Costolo-Michael julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Maribeth Thomas
     on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A., c/o AIS Portfolio Services, LLC mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone, Trustee
     robertslone223@gmail.com rslone@mahadylegal.com;pa07@ecfcbis.com

Robert H. Slone, Trustee
     on behalf of Trustee Robert H. Slone Trustee robertslone223@gmail.com, rslone@mahadylegal.com;pa07@ecfcbis.com

TOTAL: 8