# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case Number: 23-21455-GLT |
| GEORGE T. MICHAEL, II and JENNIFER A. COSTOLO-MICHAEL, | Chapter 7 |
| Debtors. | ECF No.<br>Related to ECF Nos. 91-92 |
| UNITED STATES TRUSTEE, | **Hearing Date & Time:**<br>**September 25, 2025, at 10:30 a.m.** |
| Movant, | |
| v. | **Response Deadline:**<br>**September 2, 2025** |
| NO RESPONDENT. | |

### CERTIFICATE OF SERVICE OF UNITED STATES TRUSTEE'S MOTION TO REOPEN CHAPTER 7 CASE AND NOTICE OF HEARING WITH RESPONSE <u>DEADLINE</u>

I certify under penalty of perjury that I served the United States Trustee's Motion to Reopen Chapter 7 Case and Notice of Hearing with Response Deadline on the parties on the attached mailing matrix on <u>August 12, 2025</u>. The type of service made was U.S. First Class mail.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date of Service: August 12, 2025

By: */s/ Guadalupe Bolanos*
Guadalupe Bolanos
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

# Exhibit A - Certificate of Service
## George T. Michael, II and Jennifer A. Costolo-Michael 23-21455

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 25558 | Affirm, Inc. , 650 California St Fl 12, San Francisco, CA, 94108-2716 | **First Class** |
| 25558 | Affirm, Inc. , Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA, 94108-2716 | **First Class** |
| 25558 | Barclays Bank Delaware , P.o. Box 8803, Wilmington, DE, 19899-8803, United States of America | **First Class** |
| 25558 | Barclays Bank Delaware , Attn: Bankruptcy, Po Box 8801, Wilmington, DE, 19899-8801 | **First Class** |
| 25558 | Capital One , Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT, 84130-0285 | **First Class** |
| 25558 | Capital One , Po Box 31293, Salt Lake City, UT, 84131-0293 | **First Class** |
| 25558 | Capital One Auto Finance , Attn: Bankruptcy, 7933 Preston Rd, Plano, TX, 75024-2302 | **First Class** |
| 25558 | Capital One Auto Finance, a division of Capi, P.O. Box 4360, Houston, TX, 77210-4360, United States of America | **First Class** |
| 25558 | Capital One Auto Finance, a division of Capi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK, 73118-7901 | **First Class** |
| 25558 | Capital One N.A. , by American InfoSource as agent, PO Box 71083, Charlotte, NC, 28272-1083 | **First Class** |
| 25558 | Comenity Capital/Gamestop , Attn: Bankruptcy, Po Box 182125, Columbus, OH, 43218-2125 | **First Class** |
| 25558 | Comenity Capital/Gamestop , Po Box 182120, Columbus, OH, 43218-2120, United States of America | **First Class** |
| 25558 | Credit One Bank , Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV, 89193-8873 | **First Class** |
| 25558 | Credit One Bank , Po Box 98872, Las Vegas, NV, 89193-8872, United States of America | **First Class** |
| 25558 | Demetrios Tsarouhis , 21 South 9th Street, Allentown, PA, 18102-4861 | **First Class** |
| 25558 | Discover Bank , Discover Products Inc, PO Box 3025, New Albany, OH, 43054-3025 | **First Class** |
| 25558 | Discover Financial , Po Box 30939, Salt Lake City, UT, 84130-0939 | **First Class** |
| 25558 | Discover Financial , Attn: Bankruptcy, Po Box 3025, New Albany, OH, 43054-3025 | **First Class** |
| 25558 | Fayette Cardiology , PO Box 910, Uniontown, PA, 15401-0910 | **First Class** |
| 25558 | FEB Destiny , PO Box 4499, Beaverton, OR, 97076-4499, United States of America | **First Class** |
| 25558 | FIDELITY NATIONAL COLLECTIONS, 885 S SAWBURG AVE SUITE 103, ALLIANCE, OH, 44601-5905 | **First Class** |
| 25558 | Ford Motor Credit , Po Box 542000, Omaha, NE, 68154-8000 | **First Class** |
| 25558 | Ford Motor Credit Company, LLC , 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK, 73118-7901 | **First Class** |
| 25558 | Ford Motor Credit Company, LLC , 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK, 73118-7901 | **First Class** |
| 25558 | Ford Motor Credit Company, LLC, c/o AIS Port, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK, 73118-7901 | **First Class** |
| 25558 | Genesis FS Card , Attn: Bankruptcy, Po Box 4477, Beaverton, OR, 97076-4401 | **First Class** |
| 25558 | Genesis FS Card , PO Box 4499, Beaverton, OR, 97076-4499 | **First Class** |
| 25558 | Genesis FS Card Services , Attn: Bankruptcy, Po Box 4477, Beaverton, OR, 97076-4401 | **First Class** |
| 25558 | Genesis FS Card Services , PO Box 4499, Beaverton, OR, 97076-4499, United States of America | **First Class** |
| 25558 | George T. Michael II, 1024 North Pine Ridge Road, Lemont Furnace, PA, 15456-1276 | **First Class** |
| 25558 | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD, MN, 56302-7999, United States of America | **First Class** |
| 25558 | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD, MN, 56302-7999, United States of America | **First Class** |
| 25558 | Jennifer A. Costolo-Michael , 1024 North Pine Ridge Road, Lemont Furnace, PA, 15456-1276 | **First Class** |
| 25558 | Kenneth Steidl , Steidl & Steinberg, Suite 2830 Gulf Tower, 707 Grant Street, Pittsburgh, PA, 15219-1908 | **First Class** |
| 25558 | Lincoln Automotive Fin , Attn: Bankrutcy, Po Box 54200, Omaha, NE, 68154-8000 | **First Class** |
| 25558 | LOAN SERVICING, LOAN SUPPORT, PO BOX 5961, MADISON, WI, 53705-0961 | **First Class** |
| 25558 | LVNV Funding, LLC , Resurgent Capital Services, PO Box 10587, Greenville, SC, 29603-0587 | **First Class** |
| 25558 | LVNV Funding, LLC , Resurgent Capital Services, PO Box 10587, Greenville, SC, 29603-0587 | **First Class** |
| 25558 | Mariner Finance , 5611 Ringgold Rd, Chattanooga, TN, 37412-3150 | **First Class** |
| 25558 | Mariner Finance LLC. , 8211 Town Center Dr., Nottingham, MD, 21236-5904 | **First Class** |
| 25558 | Matthew D. Urban, Esq. , Weltman, Weinberg & Reis Co., LPA, 436 Seventh Avenue, SUite 2500, Pittsburgh, PA, 15219-1842 | **First Class** |
| 25558 | Michael F. Ratchford, Esq. , Ratchford Law Group, 54 Glenmaura National Blvd, Suite 104, Moosic, PA, 18507-2161 | **First Class** |
| 25558 | Midland Credit Management, Inc. , PO Box 2037, Warren, MI, 48090-2037 | **First Class** |
| 25558 | Midland Funding, LLC , Attn: Bankruptcy, Po Box 939069, San Diego, CA, 92193-9069 | **First Class** |
| 25558 | Midland Funding, LLC , 320 East Big Beaver, Troy, MI, 48083-1271 | **First Class** |
| 25558 | Midland Funding/Midland Credit Mgmt , 320 East Big Beaver, Troy, MI, 48083-1271 | **First Class** |
| 25558 | Midland Funding/Midland Credit Mgmt , Attn: Bankruptcy, Po Box 939069, San Diego, CA, 92193-9069 | **First Class** |
| 25558 | Nelnet , Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE, 68501-2505 | **First Class** |
| 25558 | Nelnet , Po Box 82561, Lincoln, NE, 68501-2561 | **First Class** |
| 25558 | Nelnet on behalf of College Assist , College Assist, PO Box 16358, St Paul, MN, 55116-0358 | **First Class** |
| 25558 | OneMain Financial , PO Box 1010, Evansville, IN, 47706-1010, United States of America | **First Class** |
| 25558 | Penn Credit , Attn: Bankruptcy, Po Box 988, Harrisburg, PA, 17108 | **First Class** |
| 25558 | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG, PA, 17106-9703 | **First Class** |
| 25558 | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND, OH, 44101-4982, United States of America | **First Class** |
| 25558 | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND, OH, 44101-4982, United States of America | **First Class** |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 25558 | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND, OH, 44101-4982, United States of America | **First Class** |
| 25558 | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND, OH, 44101-4982, United States of America | **First Class** |
| 25558 | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK, VA, 23541-1067, United States of America | **First Class** |
| 25558 | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK, VA, 23541-1067, United States of America | **First Class** |
| 25558 | Quantum3 Group LLC as agent for , Genesis FS Card Services Inc, PO Box 788, Kirkland, WA, 98083-0788 | **First Class** |
| 25558 | QVC , 1200 Wilson Drive, West Chester, PA, 19380-4262 | **First Class** |
| 25558 | Resurgent Capital Services , Attn: Bankruptcy, Po Box 10497, Greenville, SC, 29603-0497 | **First Class** |
| 25558 | Robert H. Slone, Trustee , 223 South Maple Avenue, Greensburg, PA, 15601-3232, United States of America | **First Class** |
| 25558 | Santander , PO Box 961245, Fort Worth, TX, 76161-0244 | **First Class** |
| 25558 | Scolopax, LLC , c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA, 98121-3132 | **First Class** |
| 25558 | SNAP FINANCE, PO BOX 26561, SALT LAKE CITY, UT, 84126-0561, United States of America | **First Class** |
| 25558 | SWC Group , 4120 International Parkway, Carrollton, TX, 75007-1957 | **First Class** |
| 25558 | Target Nb , Po Box 673, Minneapolis, MN, 55440-0673 | **First Class** |
| 25558 | Target Nb , C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN, 55440-9475 | **First Class** |
| 25558 | The Bank of Missouri , PO Box 4499, Beaverton, OR, 97076-4499 | **First Class** |
| 25558 | Unifund CCR LLC , c/o Demetrios Tsarouhis, Esq., 21 South 9th St., Allentown, PA, 18102-4861 | **First Class** |
| 25558 | Unifund CCR, LLC , Tsarouhis Law Group LLC, 21 South 9th Street, Allentown, PA, 18102-4861 | **First Class** |
| 25558 | Uniontown Hospital , 500 West Berkeley Street, Uniontown, PA, 15401-5596 | **First Class** |
| 25558 | WVU Health System , PO Box 896, Morgantown, WV, 26507-0896 | **First Class** |
| 25558 | WVU Medicine , PO Box 1123, Minneapolis, MN, 55440-1123 | **First Class** |