FILED
10/10/25 6:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 23-21455 GLT |
| ) | Chapter 7 |
| George T. Michael, II ) | |
| Jennifer A. Costolo-Michael, ) | |
| *Debtors* ) | Docket No. |
| ) | |
| ) | Related to Document No. 103 and 104 |
| Jennifer A. Costolo-Michael, ) | |
| *Movant* ) | |
| ) | |
| vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda Winnecour, Trustee, Affirm, ) | |
| Inc., Barclays Bank Delaware, Capital One Auto Finance, ) | |
| Comenity Capital/Gamestop, Credit One Bank, Discover Bank, ) | |
| FEB Destiny, Fayette Cardiology, Fidelity National Collections, ) | |
| Ford Motor Credit, Genesis FS Card, Jefferson Capital Systems, ) | |
| LVNV Funding, Lincoln Automotive Finance, Mariner Finance, ) | |
| Midland Credit Management, Nelnet, OneMain Financial, PNC ) | |
| Bank, Penn Credit Corp., PA Dept. of Revenue, Portfolio ) | |
| Recovery Associates, QVC, Quantum3 Group, Resurgent ) | |
| Capital Services, SWC Group, Santander, Scolopax, LLC, ) | |
| Robert H. Slone, Trustee, Snap Finance, Target, The Bank of ) | |
| Missouri, Unifund CCR, LLC, Uniontown Hospital, WVU ) | |
| Health System, ) | |
| *Respondents* ) | |

## REVISED ORDER OF COURT

AND NOW, to wit, this __10th__ day of __October__, 2025, upon consideration of the Wife Debtor's Motion To Approve Settlement Of Personal Injury Claim it is hereby ORDERED, ADJUDGED, and DECREED, as follows:

1. The settlement in the amount of $17,157.44 related to the Wife Debtor's injuries sustained from a motor vehicle accident which occurred in October 2024 is approved.

2. Proceeds of the settlement are to be distributed in the following manner:

    a. The Wife Debtor will receive $12,868.08 pursuant to her exemptions.

      b. Special Counsel, Craig Fishman, will receive payment of legal fees and costs totaling $4,289.36.

Dated: 10/10/25

_____
Gregory L. Taddonio    hct
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-21455-GLT |
| George T. Michael, II | Chapter 7 |
| Jennifer A. Costolo-Michael | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 14, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George T. Michael, II, Jennifer A. Costolo-Michael, 1024 North Pine Ridge Road, Lemont Furnace, PA 15456-1276 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2025         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Garry Alan Masterson | |
| | on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com  gmasterson@weltman.com |
| Julie Frazee Steidl | |
| | on behalf of Joint Debtor Jennifer A. Costolo-Michael julie.steidl@steidl-steinberg.com abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Julie Frazee Steidl | |
| | on behalf of Debtor George T. Michael  II julie.steidl@steidl-steinberg.com, abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |

Case 23-21455-GLT    Doc 107    Filed 10/16/25    Entered 10/17/25 00:44:00    Desc
Imaged Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Oct 14, 2025 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| Kenneth Steidl | on behalf of Debtor George T. Michael II julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Jennifer A. Costolo-Michael julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Maribeth Thomas | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A., c/o AIS Portfolio Services, LLC mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com rslone@mahadylegal.com;pa07@ecfcbis.com |
| Robert H. Slone, Trustee | on behalf of Trustee Robert H. Slone Trustee robertslone223@gmail.com, rslone@mahadylegal.com;pa07@ecfcbis.com |

TOTAL: 10