FILED
11/10/25 3:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 23-21455 GLT |
| ) | Chapter 7 |
| George T. Michael, II ) | |
| Jennifer A. Costolo-Michael, ) | |
| *Debtors* ) | Docket No. 108 |
| ) | |
| George T. Michael, II, ) | |
| *Movant* ) | |
| ) | |
| vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda Winnecour, Trustee, Affirm, ) | |
| Inc., Barclays Bank Delaware, Capital One Auto Finance, ) | |
| Comenity Capital/Gamestop, Credit One Bank, Discover Bank, ) | |
| FEB Destiny, Fayette Cardiology, Fidelity National Collections, ) | |
| Ford Motor Credit, Genesis FS Card, Jefferson Capital Systems, ) | |
| LVNV Funding, Lincoln Automotive Finance, Mariner Finance, ) | |
| Midland Credit Management, Nelnet, OneMain Financial, PNC ) | |
| Bank, Penn Credit Corp., PA Dept. of Revenue, Portfolio ) | |
| Recovery Associates, QVC, Quantum3 Group, Resurgent ) | |
| Capital Services, SWC Group, Santander, Scolopax, LLC, ) | |
| Robert H. Slone, Trustee, Snap Finance, Target, The Bank of ) | |
| Missouri, Unifund CCR, LLC, Uniontown Hospital, WVU ) | |
| Health System, ) | |
| *Respondents* ) | |

## ORDER OF COURT

AND NOW, to wit, this __10th__ day of __November__, 2025, upon consideration of the Husband Debtor's Motion To Approve Settlement Of Disability Claim it is hereby ORDERED, ADJUDGED, and DECREED, as follows:

1. The settlement in the amount of $37,555.00 made by the Social Security Administration related to the Debtor's disabilities and impairments which occurred in 2024 is approved.

2. Proceeds of the settlement are to be distributed in the following manner:

3. The Husband debtor will ~~receive~~ $37,555.00 pursuant to his exemptions.

**DEFAULT ENTRY**

Dated: **November 10, 2025**

_____
Gregory L. Taddonio
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-21455-GLT |
| George T. Michael, II | Chapter 7 |
| Jennifer A. Costolo-Michael | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 10, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George T. Michael, II, Jennifer A. Costolo-Michael, 1024 North Pine Ridge Road, Lemont Furnace, PA 15456-1276 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2025        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Garry Alan Masterson | |
| | on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com  gmasterson@weltman.com |
| Julie Frazee Steidl | |
| | on behalf of Joint Debtor Jennifer A. Costolo-Michael julie.steidl@steidl-steinberg.com abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Julie Frazee Steidl | |
| | on behalf of Debtor George T. Michael  II julie.steidl@steidl-steinberg.com, abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Nov 10, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Kenneth Steidl
    on behalf of Debtor George T. Michael II julie.steidl@steidl-steinberg.com,
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Kenneth Steidl
    on behalf of Joint Debtor Jennifer A. Costolo-Michael julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Maribeth Thomas
    on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A., c/o AIS Portfolio Services, LLC mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone, Trustee
    robertslone223@gmail.com rslone@mahadylegal.com;pa07@ecfcbis.com

Robert H. Slone, Trustee
    on behalf of Trustee Robert H. Slone Trustee robertslone223@gmail.com, rslone@mahadylegal.com;pa07@ecfcbis.com

TOTAL: 10